IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AMBER DAWN HENDRICKS,<br>a/k/a "AMBER DAWN COSTELLO,"<br><br>Defendant. | Case No. 2:23-cr-48 |

CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

COUNT ONE

(Possession of Firearm by Prohibited Person)

On or about April 22, 2022, in the City of Virginia Beach, within the Eastern District of Virginia, the defendant, AMBER DAWN HENDRICKS, a/k/a AMBER DAWN COSTELLO, then being an unlawful user of and addicted to a controlled substance, as defined in 21 U.S.C. § 802, did knowingly and unlawfully possess in and affecting interstate and foreign commerce firearms, to wit: (1) a Tisas Pistol, Model: ZIG M1911, Caliber: .45ACP; (2) aMerak Savunma Sanayi, Model: Charles Daly Shotgun Model 301,12 Gauge; and (3) an Arex Pistol, Model: Rex Zero IS, Caliber: 9x19mm, each firearm having previously been shipped and transported in interstate and foreign commerce.

(In violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2) (2006).)

CRIMINAL FORFEITURE

THE UNITED STATES FURTHER FINDS PROBABLE CAUSE THAT:

1. The defendant, AMBER DAWN HENDRICKS, a/k/a AMBER DAWN COSTELLO, if convicted of the violation alleged in this Criminal Information, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2, any firearm or ammunition used in or involved the violation.

2. If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

(In accordance with 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).)

Jessica D. Aber
United States Attorney

Date: May 6, 2024            By: /s/ Kristin G. Bird
Kristin G. Bird
Assistant United States Attorney
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Office Number - 757-441-6331
Facsimile Number - 757-441-6689
kristin.bird@usdoj.gov